UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:14-41878
Chapter 13
Hon: SHEFFERLY

Basir/aminah

                               Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(248) 667-7445

William Johnson
8900 E 13 Mile Rd
Warren, MI 48093
248-443-7033
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Now comes, Credit Union One, by and through its attorneys, The Leduc Group, and states for its Motion for Relief the following:

1. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on or about February 11, 2014.
2. As of the filing date, Debtor was indebted to the Creditor in the amount of $24,038.56, said debt being secured by a duly perfected security interest in 2007 Cadillac STS, which has a fair market value of $15,000.00.
3. Other than the Debtor and this Creditor, no other party claims an interest in the secured property.
4. The Creditor is not adequately protected and has not received a payment since June 2014 and has only received a total of $358.92 in payments since the filing of this case.
5. Creditor's position in the Debtor's collateral is being eroded and Creditor is being denied adequate protection of its interest in the collateral which the Debtor continues to enjoy the use and which is depreciating in value.
6. Pursuant to 11 U.S.C. 362(d) Creditor has shown good cause for the automatic stay to be lifted.
7. Pursuant to L.B.R. 9014-1(g), concurrence of relief was sought on November 18, 2014 and the debtors attorney did not agree with Creditor's requests for relief.

WHEREFORE, Credit Union One, requests that this Court enter an Order terminating the Automatic Stay for the purpose of allowing this Creditor to take possession and foreclose it security interest in the collateral.

Dated: 12/5/2014          By:     /S/ Christopher E. Frank
                                                Christopher E. Frank (P67169)
                                                cfrank@theleducgroup.com
                                                Attorney for Creditor
                                                6 Parklane Blvd, Ste 665
                                                Dearborn, MI 48126
                                                (248) 667-7445

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:14-41878
Chapter 13
Hon: SHEFFERLY

Basir/aminah

                              Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(248) 667-7445

William Johnson
8900 E 13 Mile Rd
Warren, MI 48093
248-443-7033
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY**

THIS MATTER having come before this Court upon the motion of Credit Union One and is appearing to this Court that the Creditor holds a perfected security interest in a 2007 Cadillac Sts and that sufficient cause exists for the termination of the automatic stay;

IT IS HEREBY ORDERED that the Automatic Stay is terminated for the purpose of the permitting the Creditor to take possession of and to foreclose its security interest in the Debtor's 2007 Cadillac Sts and entry of this Order hereby waives Bankruptcy Rule 4001(a)(3); and Creditor shall account to the Court of the proceeds of the sale in the event of any excess funds. ;

IT IS FURTHER ORDERED that the Debtor shall disclose the whereabouts of, or turnover the Collateral, to the Creditor within 10 days of the entry of this Order.

                                                                           _____
                                                                           U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:14-41878
Chapter 13
Hon: SHEFFERLY

Basir/aminah

Debtor(s).
_____/

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Credit Union One has filed papers with the Court for relief from the automatic stay.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to order relief from the automatic stay, or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Christopher E. Frank Esq.
> The Leduc Group
> 6 Parklane Blvd, Ste 665
> Dearborn, MI 48126
> cfrank@theleducgroup.com
> 313-914-5846

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 12/5/2014          By:     /S/ Christopher E. Frank
                                  Christopher E. Frank (P67169)
                                  cfrank@theleducgroup.com
                                  Attorney for Creditor
                                  6 Parklane Blvd, Ste 665
                                  Dearborn, MI 48126
                                  (313) 914-5846

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:14-41878
Chapter 13
Hon: SHEFFERLY

Basir/aminah

Debtor(s).
_____/

## PROOF OF SERVICE

Christopher E. Frank hereby certifies that on 12/05/14 she served a copy of the following documents via ECF filing or US First Class Mail:

- **Motion for Relief for Relief from the Automatic Stay**
- **Notice of Motion for Relief from the Automatic Stay**
- **Proposed Order**
- **Proof of Service**

upon:

David Ruskin,Trustee

William Johnson, Debtor Attorney

Via: First Class Mail
Basir/aminah Debtor
3724 Tower Sq Dr #19
Lake Orion, MI 48359

Dated: 12/05/14

/S/ Christopher E. Frank
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
313-914-5846